*UNITED STATES DISTRICT COURT*
*DISTRICT OF MINNESOTA*
*THIRD DIVISION*

---

| | |
|---|---|
| P.I.M.L., Inc. | Court No. 07-cv-3631 PAM/JSM |
| Plaintiff, | |
| vs. | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR REPLY TO COMPLAINT** |
| Edwin W. Davidson, Carla B. Davidson, John D. McKelvey, Melissa K. McKelvey, and Jade Marketing Group, LLC, | |
| Defendants. | |

---

Upon the stipulation of the parties, the Court hereby orders that Defendants Edwin W. Davidson, Carla B. Davidson, and Jade Marketing Group, LLC shall have until September 24, 2007 to answer or otherwise respond to Plaintiff's complaint in the above-titled matter.

BY THE COURT.

Dated: September 10, 2007        S/ Donald D. Alsop
                                 Judge Donald D. Alsop
                                 United States District Court