## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| P.I.M.L., Inc. | Court No. 07-cv-3631 PJS/RLE |
|     Plaintiff, | |
| vs. | **ORDER STAYING LITIGATION PENDING SETTLEMENT** |
| Edwin W. Davidson, Carla B. Davidson, John D. McKelvey, Melissa K. McKelvey, and Jade Marketing Group, LLC, | |
|     Defendants. | |

---

Based on the stipulation of the parties, it is hereby ordered that the litigation of the above-titled matter shall be stayed for a period of ninety (90) days to allow the parties to complete their settlement of the above-titled action.  Upon the expiration of this ninety (90) day period, counsel for the parties are directed to communicate with the Court the status of their settlement or take reasonable steps to ensure that this matter is dismissed.

**SO ORDERED**

Dated: October 4, 2007.                   BY THE COURT

                                                     S/ Donald D. Alsop_____
                                                     Donald D. Alsop, Senior Judge
                                                     United States District Court.